IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

MAUREEN SEIDEN,

    Plaintiff,

vs.                                          Case No.: 22-CA-004527
                                          DIVISION H

SUN COMMUNITIES, INC.,
D/B/A RIVERSIDE CLUB,

    Defendant.
_____/

## NOTICE OF FILING

COMES NOW the Defendant, SUN COMMUNITIES, INC., D/B/A RIVERSIDE CLUB., by and through the undersigned attorney, and hereby gives Notice of Filing of Notice of Removal to the United States District Court, Middle District of Florida, Tampa Division, a copy of which is attached hereto.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above was E-Served on this 13th day of March 2023 to: Robert S Lucia, Esquire, Morgan & Morgan, 201 N. Franklin St. 7th Floor Tampa, FL 33602; rsantalucia@forthepeople.com, gdelmoral@forthepeople.com.

                                              */s/ Christopher J. Blain*

                                              _____
                                              Christopher J. Blain, Esquire || FBN: 0671711
                                              Vernis & Bowling of the Gulf Coast, P.A.
                                              Telephone: (813) 712-1700
                                              Facsimile: (813) 712-1701
                                              Legal Assistant: Kira L Anderson
                                              Legal Assistant Email: kanderson@florida-law.com
                                              Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAUREEN SEIDEN

    Plaintiff,                                               Case #: 22-CA-004527

v.

SUN COMMUNITIES, INC.,
D/B/A RIVERSIDE CLUB

    Defendant.
_____/

## NOTICE OF REMOVAL

COME NOW, Defendant, SUN COMMUNITIES, INC., D/B/A RIVERSIDE CLUB, named as Defendant herein, by and through its undersigned counsel, and pursuant to the provisions of 28 U.S.C. §1332, 1441, and 146, hereby removes this action to the United States District Court for the Middle District of Florida. The grounds for removal are as follows:

1. On or about May 31, 2022, an action was commenced by Plaintiff in the Circuit Court, in and for Hillsborough County, Florida, Case No. 22-CA-004527. Plaintiff served Defendant, on June 27, 2022.

2. Plaintiff asserts in its Complaint negligence against the Defendant for an incident that occurred in Ruskin, Hillsborough County, Florida.

3. Defendant's state of incorporation is Maryland, and its principal place of business is in Michigan.

    a. Pursuant to 28 U.S.C. §1332;(c) (1), a corporation shall be deemed to be a citizen of any state by which it has been incorporated and of the state of where it has its principal place of business.

4. Removal is proper based on Defendant's citizenship. Under 28 U.S.C. §1332(a)(1):

   **(a)** *The district court shall have original jurisdiction of all civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between*

   **(1)** *Citizens of different states.*

5. The Plaintiff resides in Florida. As such, the court has jurisdiction over this matter pursuant to 28 U.S.C. §1332 in that there is a complete diversity of citizenship between Plaintiff and Defendant,

6. On December 14th, 2022, Defendant, SUN COMMUNITIES, INC., D/B/A RIVERSIDE CLUB, served a Second Request for Admissions on Plaintiff.

7. On January 24, 2023, Plaintiff served it's response to Defendant, SUN COMMUNITIES, INC., D/B/A RIVERSIDE CLUB, Second Request for Admissions. In response to Defendant, SUN COMMUNITIES, INC., D/B/A RIVERSIDE CLUB, request that Plaintiff "admit that the value of this case is less than $75,000.000," Plaintiff denied this Request for Admission.

8. Therefore, under 28 U.S.C §1446(b)(c), this case is removable in that the amount exceeds the sum of value of $75,000.00, exclusive of interests and costs.

9. This cause of action is being removed pursuant to 28 U.S.C. § 1441, <u>et seq</u> and this notice is filed within the applicable time limit.

10. Venue is proper in the United States District Court, Middle District of Florida, Tampa Division, pursuant to 28 U.S.C §1391.

11. All processes and pleadings are on file in the Circuit Court of the Thirteenth Judicial Circuit Court of Hillsborough, County.

12. A copy of this Notice of Removal is being duly served upon all adverse patties by service upon attorneys, and a copy of this Notice of Removal has been filed with the Clerk of the Circuit Court of the Thirteenth Judicial Circuit Court of Hillsborough, County.

13. Nothing in this Notice shall constitute a waiver of Defendant's right to assert any defense, including a motion to dismiss, as the case progresses.

WHEREFORE, Defendant, SUN COMMUNITIES, INC., D/B/A RIVERSIDE CLUB, requests that this Court assume jurisdiction of this case and approve this Notice of Removal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above was E-Served on this 13th day of March 2023 to: Robert S Lucia, Esquire, Morgan & Morgan, 201 N. Franklin St. 7th Floor Tampa, FL 33602; rsantalucia@forthepeople.com, gdelmoral@forthepeople.com.

*/s/ Christopher J. Blain*

_____
Christopher J. Blain, Esquire
FBN: 0671711
Vernis & Bowling of the Gulf Coast, P.A.
Telephone: (813) 712-1700
Facsimile: (813) 712-1701
Legal Assistant: Kira L Anderson
Legal Assistant Email: kanderson@florida-law.com
Attorney for Defendant